## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

LASHAWN TYLER, *et al.*,          *

       *Plaintiffs*,         *

       v.           *     Civil Action No.:_____

STATE OF MARYLAND, *et al.*,     *

       *Defendants*.       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF REMOVAL

Defendant Carolyn Scruggs, through counsel, Anthony G. Brown, Attorney General of Maryland, and Robert D. Goodis, Kevin Hirst, and Kitty M. Lees, Assistant Attorneys General, and with the consent of Defendants Errol Etting, Jason Harbaugh, Gregory Forney, Todd Bensavage, James Krumpach, Jason Lee, Armand Smithberger,[1] Patrick S. Flora, Barry Townsend, Ronald Conner, Travis S. Minnick, James R. Wakefield, Dane Beitzel, Robert J. Weatherholt, Jacob R. Brode, Lee J. Brown, Joshua Henry, and Jerry Crowe, files this Notice of Removal from the Circuit Court for Baltimore City, Maryland, pursuant to 28 U.SC. §§ 1331, 1441, and 1446.[2]  In support thereof, Defendant Scruggs states as follows:

1.     On or about June 25, 2026, Plaintiffs Lashawn Tyler, in her individual capacity and as Personal Representative of the Estate of Lamont Mealy, Walter Mealy, and Sheila Robinson,

---

[1] Incorrectly identified in the Complaint as "Armaud Smithberger."

[2] Plaintiffs have not filed Affidavits of Service with the Circuit Court for Baltimore City, Maryland, for Defendants State of Maryland, Maryland Department of Public Safety and Correctional Services, Ronald Weber, Phillip Merling, Darrell C. Lavin, Brett Wilburn, Bradley Baumgardner, Mark D. Drew, Austin G. Trenum, Jeremy M. Crites, Ronald Barnes, or Kyle J. McClintock.  *See* 28 U.S.C. § 1441(b)(2) (stating that consent must be obtained from each party who has been "properly joined and served as defendants").

filed suit against Defendants in the Circuit Court for Baltimore City, Maryland, in Case No. C-24-CV-26-004467.

2.      Plaintiffs' claims against Defendants arise from the apparent death of sentenced Incarcerated Individual Lamont Mealy (the "Decedent") while housed at Western Correctional Institution in July 2023.

3.      Plaintiffs' Complaint contains twenty-two (22) Counts, six (6) of which are brought under 42 U.S.C. § 1983, alleging violations under the Eighth and Fourteenth Amendments to the United States Constitution, as well as under Title II of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*

4.      This Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, as Plaintiffs claim that Defendants violated Decedent Lamont Mealy's rights under the United States Constitution and the laws of the United States.

5.      The Complaint seeks "economic, noneconomic, compensatory, exemplary, statutory, and punitive damages in excess of $ 75,000, plus attorneys' fees and costs."

6.      Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the districts courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7.      Defendant Carolyn Scruggs was served with process on July 7, 2026.

8.      This Notice of Removal is filed within thirty (30) days of service of the Complaint on Defendant Scruggs.

9.      Defendant Errol Etting was served with process on July 6, 2026.  Defendants Jason Harbaugh, Gregory Forney, Todd Bensavage, James Krumpach, Jason Lee, Armand Smithberger,

Patrick S. Flora, Barry Townsend, Ronald Conner, Travis S. Minnick, James R. Wakefield, Dane Beitzel, Robert J. Weatherholt, Jacob R. Brode, Lee J. Brown, Joshua Henry, and Jerry Crowe were served with process on July 10, 2026.  Pursuant to 28 U.S.C. § 1446(b)(2)(A), Defendants Etting, Harbaugh, Forney, Bensavage, Krumpach, Lee, Smithberger, Flora, Townsend, Conner, Minnick, Wakefield, Beitzel, Weatherholt, Brode, Brown, Henry, and Crowe consent to this Notice of Removal.

10.     A copy of the Complaint and Demand for Jury Trial filed in this action in the Circuit Court for Baltimore City, Maryland, a copy of the additional pleadings and documents which have been filed, and a copy of the docket entries from the Circuit Court for Baltimore City, Maryland, are attached hereto as **Exhibit 1** through **Exhibit 53**.

11.     Pursuant to 28 U.S.C. § 1446(d), Defendant Scruggs intends to provide written notice to Plaintiffs and to the Clerk of the Circuit Court for Baltimore City, Maryland, that the case has been removed to the United States District Court for the District of Maryland.  Defendant Scruggs will file a Notice with this Court when this written notice has been effectuated.

12.     A copy of any additional pleadings and documents filed with the Circuit Court for Baltimore City, Maryland, in connection with this action, will be timely filed with this Court pursuant to Local Rule 103.5.

WHEREFORE, Defendant Carolyn Scruggs, and with the consent of Defendants Errol Etting, Jason Harbaugh, Gregory Forney, Todd Bensavage, James Krumpach, Jason Lee, Armand Smithberger, Patrick S. Flora, Barry Townsend, Ronald Conner, Travis S. Minnick, James R. Wakefield, Dane Beitzel, Robert J. Weatherholt, Jacob R. Brode, Lee J. Brown, Joshua Henry, and Jerry Crowe, notify Plaintiffs that this action has been removed to the United States District Court for the District of Maryland and that no further proceedings in this case will be had in the Circuit

3

Court for Baltimore City, Maryland.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

_____/s/_____
ROBERT D. GOODIS
Federal Bar No. 21774
Assistant Attorney General
Maryland Office of the Attorney General
St. Paul Plaza - 19th Floor
200 Saint Paul Place
Baltimore, Maryland 21202
Tel.: 410-576-6303
E-mail: rgoodis@oag.maryland.gov

_____/s/_____
KEVIN HIRST
Federal Bar No. 31753
Assistant Attorney General
Maryland Office of the Attorney General
St. Paul Plaza - 19th Floor
200 Saint Paul Place
Baltimore, Maryland 21202
Tel.: (410) 576-6383
E-mail: khirst@oag.maryland.gov

_____/s/_____
KITTY M. LEES
Federal Bar No. 31962
Assistant Attorney General
Maryland Office of the Attorney General
St. Paul Plaza - 19th Floor
200 Saint Paul Place
Baltimore, Maryland 21202
Tel.: (410) 223-1581
E-mail: klees@oag.maryland.gov

*Attorneys for Defendant Carolyn Scruggs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on this 4th day of August 2026, that a copy of the foregoing

Notice of Removal was electronically served via electronic filing and by electronic mail to:

Cary J. Hansel
Kristen M. Mack
Hansel Law, P.C.
2514 North Charles Street
Baltimore, Maryland 21218
cary@hansellaw.com
kmack@hansellaw.com

*Counsel for Plaintiffs*

In addition, a copy of the foregoing Notice of Removal was mailed via U.S. Mail within

one (1) business day to the following:

State of Maryland
Office of the Attorney General
Civil Litigation Division
200 Saint Paul Place
Baltimore, Maryland 21202

Maryland Department of Public Safety and Correctional Services
Office of the Attorney General
Civil Litigation Division
200 Saint Paul Place
Baltimore, Maryland 21202

Errol Etting
507 N. Shamrock Road
Bel Air, Maryland 21014

Ronald S. Weber
91 Dogwood Ridge Lane
Wiley Ford, West Virginia 26767

Jason Harbaugh
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Gregory Forney
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Phillip Merling
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Todd Bensavage
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

James Krumpach
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Jason Lee
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Darrell C. Lavin
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Armand Smithberger
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Brett Wilburn
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Patrick S. Flora
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Bradley Baumgardner
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Ronald Barnes
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Barry Townsend
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Ronald Conner
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Mark D. Drew
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Travis S. Minnick
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Austin G. Trenum
a/k/a Gerald E. Trenum
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Jeremy M. Crites
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

James R. Wakefield
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Dane Beitzel
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Robert J. Weatherholt
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Jacob R. Brode
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Kyle J. McClintock
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

7

Lee J. Brown
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Joshua Henry
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

Jerry Crowe
13800 McMullen Highway, Southwest
Cumberland, Maryland, 21502

*Defendants*

                    /s/
              KITTY M. LEES
              Assistant Attorney General